AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-filing

─── OFFENSE CHARGED ───

18 U.S.C. § 1029(a)(5) - Fraud Exceeding $1,000 Using Others' Access Devices
18 U.S.C. § 1029(b)(2) - Conspiracy to Use Others' Access Devices

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
15 years prison, $250,000 fine, 3 years supervised release, $100 special assessment.
7.5 years prison, $250,000 fine, 3 years supervised release, $100 special assessment

─── DEFENDANT - U.S. ───
▶ YANG CAO

DISTRICT COURT NUMBER

MHP

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
United States Secret Service, Special Agent Daniel Yang

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  OWEN P. MARTIKAN

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-filing

--- OFFENSE CHARGED ---

18 U.S.C. § 1029(a)(5) - Fraud Exceeding $1,000 Using Others' Access Devices
18 U.S.C. § 1029(b)(2) - Conspiracy to Use Others' Access Devices

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
15 years prison, $250,000 fine, 3 years supervised release, $100 special assessment.
7.5 years prison, $250,000 fine, 3 years supervised release, $100 special assessment

--- DEFENDANT - U.S. ---

▶ YANG HUA MEI

DISTRICT COURT NUMBER

**MHP**

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
United States Secret Service, Special Agent Daniel Yang

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

--- DEFENDANT ---

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  OWEN P. MARTIKAN

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1029(a)(5) - Fraud Exceeding $1,000 Using Others' Access Devices
18 U.S.C. § 1029(b)(2) - Conspiracy to Use Others' Access Devices

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
15 years prison, $250,000 fine, 3 years supervised release, $100 special assessment.
7.5 years prison, $250,000 fine, 3 years supervised release, $100 special assessment

### DEFENDANT - U.S.
▶ JASON HOANG

**DISTRICT COURT NUMBER**

MHP

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
United States Secret Service, Special Agent Daniel Yang

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y** (if assigned)  OWEN P. MARTIKAN

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 1029(a)(5) - Fraud Exceeding $1,000 Using Others' Access Devices
18 U.S.C. § 1029(b)(2) - Conspiracy to Use Others' Access Devices

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
15 years prison, $250,000 fine, 3 years supervised release, $100 special assessment.
7.5 years prison, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**
▶ SHI GUANG GUAN

DISTRICT COURT NUMBER

MHP

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Secret Service, Special Agent Daniel Yang

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM    **JOSEPH P. RUSSONIELLO**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  OWEN P. MARTIKAN

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

FILED
'08 APR 10 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

MHP

UNITED STATES OF AMERICA,

V.

SHI GUANG GUAN, JASON HOANG,
YANG HUA MEI, and YANG CAO

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1029(a)(5) - Fraud Exceeding $1,000 Using
Others' Access Devices
18 U.S.C. § 1029(b)(2) - Conspiracy to Use Others'
Access Devices

INDICT

A true bill.

_____
Foreman

Filed in open court this ___10___ day of _APRIL_
_2008_

_____
Clerk

Bail, $ NO BAIL ARREST WARRANTS —
ALL 4

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3
4                                              E-filing
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )  No. CR 08            MHP
                                     )
13        Plaintiff,                 )
                                     )  VIOLATIONS: 18 U.S.C. § 1029(b)(2) –
14     v.                            )  Conspiracy to Use Access Devices
                                     )  Issued to Others; 18 U.S.C. § 1029(a)(5)
15  SHI GUANG GUAN, JASON HOANG,     )  – Fraudulent Use of Access Devices
    YANG HUA MEI, and YANG CAO,      )  Issued to Others (Four Counts).
16                                   )
          Defendants.                )  SAN FRANCISCO VENUE
17  _____  )
18
19                              INDICTMENT
20  The Grand Jury charges:
21  COUNT ONE:    18 U.S.C. § 1029(b)(2) – Conspiracy to Use Access Devices Issued
                  to Others
22
23      On or about and between May 7, 2005 and December 9, 2005, in the Northern
24  District of California and elsewhere, the defendants
25
                      SHI GUANG GUAN,
26                    JASON HOANG,
                      YANG HUA MEI, and
27                    YANG CAO,
28  did knowingly and intentionally conspire and agree to fraudulently use one or more

INDICTMENT

access devices issued to other persons to obtain things of value aggregating $1,000 or more during that period, in violation of Title 18, United States Code, Section 1029(a)(5).

Overt Acts

As part of the conspiracy and to carry out its objects, the defendants committed or caused to be committed the following overt acts, among others, in the Northern District of California:

    a. On or about May 18, 2005, GUAN used a Chase Bank of New York Visa credit card with an account number ending in 4877 to pay for purchases at the Birdnest King Distribution Company in San Francisco, California.

    b. On or about May 20, 2005, GUAN used a Chase Bank of New York Visa credit card with an account number ending in 8150 to pay for purchases at the Birdnest King Distribution Company in San Francisco, California.

    c. On or about May 15, 2005, HOANG used a Chase Bank of New York Visa credit card with an account number ending in 6099 to pay for purchases at the Birdnest King Distribution Company in San Francisco, California.

    d. On or about May 15, 2005, MEI used a Chase Bank of New York Visa credit card with an account number ending in 8212 to pay for purchases at the Birdnest King Distribution Company in San Francisco, California.

    e. On or about July 15, 2005, CAO used a Chase Bank of New York Visa credit card with an account number ending in 3727 to pay for purchases at the Collective Antiques store in San Francisco, California.

All in violation of Title 18, United States Code, Section 1029(b)(2).

COUNT TWO:    18 U.S.C. § 1029(a)(5) – Fraudulent Use of Access Devices

On or about and between May 7, 2005 and December 9, 2005, in the Northern District of California, the defendant

SHI GUANG GUAN,

did knowingly and with intent to defraud effect transactions with at least one access

1  device issued to another person to receive payment and things of value, the aggregate
2  value of which was equal to or greater than $1,000 during that period, and did attempt to
3  do so, and, in so doing, affected interstate commerce, in violation of Title 18, United
4  States Code, Section 1029(a)(5).
5
6  COUNT THREE:    18 U.S.C. § 1029(a)(5) – Fraudulent Use of Access Devices
7           On or about and between May 7, 2005 and December 9, 2005, in the Northern
8  District of California, the defendant
9                              JASON HOANG,
10 did knowingly and with intent to defraud effect transactions with at least one access
11 device issued to another person to receive payment and things of value, the aggregate
12 value of which was equal to or greater than $1,000 during that period, and did attempt to
13 do so, and, in so doing, affected interstate commerce, in violation of Title 18, United
14 States Code, Section 1029(a)(5).
15
16 COUNT FOUR:    18 U.S.C. § 1029(a)(5) – Fraudulent Use of Access Devices
17          On or about and between May 7, 2005 and December 9, 2005, in the Northern
18 District of California, the defendant
19                             YANG HUA MEI,
20 did knowingly and with intent to defraud effect transactions with at least one access
21 device issued to another person to receive payment and things of value, the aggregate
22 value of which was equal to or greater than $1,000 during that period, and did attempt to
23 do so, and, in so doing, affected interstate commerce, in violation of Title 18, United
24 States Code, Section 1029(a)(5).
25
26 COUNT FIVE:    18 U.S.C. § 1029(a)(5) – Fraudulent Use of Access Devices
27          On or about and between May 7, 2005 and December 9, 2005, in the Northern
28 District of California, the defendant

INDICTMENT                              -3-

1 | YANG CAO,

2 did knowingly and with intent to defraud effect transactions with at least one access device
3 issued to another person to receive payment and things of value, the aggregate value of which
4 was equal to or greater than $1,000 during that period, and did attempt to do so, and, in so doing,
5 affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(5).

8 | DATED:                                 A TRUE BILL.

9 | 4-10-08

10 |                                          FOREPERSON

11 | JOSEPH P. RUSSONIELLO
United States Attorney

14 | KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

16 | (Approved as to form: _____)
17 | AUSA MARTIKAN

INDICTMENT                       -4-