**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 7, 2008

Case No.   CR 08-0238  MHP             Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v-
          JASON HOANG (b); YANG HUA MEI (b)(Cantonese); YANG CAO (b):

Attorneys:   Plf:  Owen Martiken
             Dft: Ron Tyler, Alan Dressler, David Cohen

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas   Int: Kenny Fung

**PROCEEDINGS**

1)  Status Conference

2)  

3)  

**ORDERED AFTER HEARING:**

Defendants present in court; Matter continued to 9/8/2008 at 10:00 am for further status;

Excludable time found re effective preparation of counsel, continuity of counsel; Govt to submit order.