1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7241
7  FAX: (415) 436-7234
   owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff

**FILED**

AUG 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JASON HOANG, YANG CAO, and YANG HUA MEI,<br><br>   Defendants. | No. CR 08-0238 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM JULY 7, 2008 THROUGH SEPTEMBER 8, 2008 |

On July 7, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from July 7, 2008, through September 8, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

//

STIP & [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP                                                                                          1

1  and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3  JOSEPH P. RUSSONIELLO
   United States Attorney

5  DATED: August 5, 2008          /s/ Owen Martikan
                                  OWEN P. MARTIKAN
6                                 Assistant United States Attorney

8  DATED: July 31, 2008           BARRY J. PORTMAN

10                                /s/
                                  RONALD C. TYLER
                                  Attorney for Jason Hoang

12 DATED: August 4, 2008          /s/
                                  ALAN A. DRESSLER
13                                Attorney for Yang Hua Mei

15 DATED: August 1, 2008          /s/
                                  DAVID J. COHEN
                                  Attorney for Yang Cao

17     As the Court found on July 7, 2008, and for the reasons stated above, an exclusion of time
18 from July 7, 2008, through September 8, 2008, is warranted because the ends of justice served by
19 the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See*
20 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny defense
21 counsel the reasonable time necessary for effective preparation, taking into account the exercise
22 of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv).
23 SO ORDERED.

26 DATED: 8/7/08
                                  HON. MARILYN HALL PATEL
27                                United States District Judge

STIP & [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP                                                                              2